IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JONATHAN WILTURNER,  TDCJ #1855260,         §§§ | |
| Plaintiff,    § | |
| v.               § | CIVIL ACTION NO. H-21-0413 |
| WARDEN JEFFERY RICHARDSON, et al.,     § | |
| Defendants.    § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 21st day of December, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE